UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. LUCAS, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01721-DAD-JLT (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Plaintiff Michael Hicks is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2021, the court issued an order denying plaintiff's motion to proceed *in forma pauperis* and ordering plaintiff to pay the filing fee within thirty days. (Doc. No. 9.) The court cautioned plaintiff that "[f]ailure to pay the filing fee within the time provided w[ould] result in dismissal of this action." (*Id.* at 2.) On March 19, 2021, the assigned magistrate judge granted plaintiff a forty-five (45) day extension of time to pay the required filing fee. (Doc. No. 11.) To date, plaintiff has not paid the filing fee, and the time to do so as extended has now passed.

/////

/////

1

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE